[No. 19619-4-III. Division Three. May 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. FROELICH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-1-00078-3, John E. Bridges, J., entered October 2, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20409-0-III. Division Three. May 7, 2002.]

CHERYL S. EVENSON, ET AL., *Respondents*, v. ATHENA ASSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-01877-5, Tari S. Eitzen, J., entered July 27, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20084-1-III. Division Three. May 9, 2002.]

KEITH HOLBROOK, ET AL., *Respondents*, v. BEN JEFFRIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-2-00421-7, Jack Burchard, J., entered March 16, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20134-1-III. Division Three. May 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. BASFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00607-3, Evan E. Sperline, J., entered April 5, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.